v.

**Alan R. DOERHOFF, M.D. and Doerhoff
Surgical Services, P.C., Defendants–
Appellants.**

No. 72695.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 17, 1998.

■

**Richard B. HAFLEY, Jr.,
Claimant/Appellant,**

v.

**Thomas, Phylis, and Cherie SEBASTIAN,
d/b/a U.S. AUTO, Employer/Respondent.**

No. 72712.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 17, 1998.

Richard Hafley, Farmington, pro se.

Thomas Sebastian, Park Hills, for Respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

*ORDER*

PER CURIAM.

Claimant appeals from the final award of the Labor and Industrial Relations Commission affirming the award of the Administrative Law Judge denying compensation. The order of the Commission is supported by competent and substantial evidence on the whole record and is not against the weight of the evidence. No error of law appears. An extended opinion would have no precedential